| | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ...omplete <br> ...ired. <br> ...n the reverse <br> ...urn the card to you. <br> to the back of the mailpiece, <br> space permits. | A. Signature <br> X [signature] ☐ Agent  ☐ Addressee <br> B. Received by (Printed Name)  C. Date of Delivery <br> D. Hancock   12-18-06 |
| , to: | D. Is delivery address different from item 1? ☐ Yes <br> If YES, enter delivery address below: ☐ No |
| :OUNTY BOARD OF EDUCATION <br> : BOX 408 <br> ., ALABAMA 36862 | |
| | 3. Service Type <br> ☒ Certified Mail  ☐ Express Mail <br> ☐ Registered  ☒ Return Receipt for Merchandise <br> ☐ Insured Mail  ☐ C.O.D. |
| ·1108  S+C | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| rvice label) | 7006 0810 0003 8140 2563 |
| ›ruary 2004 | Domestic Return Receipt   102595-02-M-1540 |