IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| VICKIE LYNN, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case No.: 3:06-cv-1108-MEF-SRW |
| | * | |
| CHAMBERS COUNTY | * | |
| BOARD OF EDUCATION, | * | |
| | * | |
| Defendant. | * | |

# REPORT OF PARTIES' PLANNING MEETING

1.  Appearances

    Pursuant to Fed. R. Civ. P. 26(f), a meeting was held, via telephone, on January, 31, 2007 and was attended by:

    a.  Appearing on behalf of Plaintiff:

        James B. Douglas, Jr.
        McNeal & Douglas, L.L.C.
        1710 Catherine Court, Suite B
        Auburn, Alabama 36830
        (334) 821-1596

    b.  Appearing on behalf of Defendant Chambers County Board of Education:

        James R. Seale
        Elizabeth Brannen Carter
        Hill, Hill, Carter, Franco, Cole & Black, P.C.
        Post Office Box 116, Montgomery, Alabama 36101-0116
        (334) 834-7600

2.  Pre-Trial Disclosures

    The parties will exchange by March 15, 2007, the information required by Fed. R. Civ. P. 26(a)(1).

3. <u>Discovery Plan.</u>

The Parties jointly propose to the Court the following discovery plan:

a. Discovery will be needed on the following subjects: All matters, not privileged, addressed in the parties' pleadings, including the Plaintiff's allegations and the Defendant's defenses, causation and damages.

c. All discovery commenced in time to be completed by September 30, 2007.

d. Maximum of 25 interrogatories by each party to another party. Responses due 30 days after service.

e. Maximum of 25 request for production by each party to another party. Responses due 30 days after service.

f. Maximum of 15 request for admission by each party to any other party. Responses due 30 days after service.

g. Unless otherwise agreed to by the parties, a maximum of 10 depositions by Plaintiff and 10 depositions by Defendant.

h. Each deposition, other than a party, limited to maximum of six hours unless extended by agreement of parties.

i. Reports from retained experts under Rule 26(a)(2) due:

   (i) From Plaintiff by April 30, 2007.

   (ii) From Defendants by July 15, 2007.

j. Supplementations under Rule 26 are due 30 days before the close of discovery or as soon as reasonably practical after the information or documents are discovered.

4 <u>Other Items.</u>

a. The parties do not request a conference with the Court before entry of the scheduling order.

b. The parties request a Pre-Trial Conference in October, 2007.

c. The Plaintiff should be allowed until April 30, 2007, to join additional parties and to amend the Pleadings.

d. The Defendants should be allowed until June 30, 2007, to join additional parties and to amend Pleadings.

e. All potentially dispositive Motions should be filed no later than 90 days prior to the Pre-Trial Hearing.

f. Settlement cannot be evaluated prior to June, 2007.

g. Final lists of witnesses and exhibits under Rule 26(a)(3) should be served and filed 30 days prior to Trial.

h. Parties should have 14 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

i. This case should be ready for Trial 60 days after Pre-Trial Conference and at this time is expected to take approximately 3 days, exclusive of jury selection and pretrial argument.

Plaintiff's counsel is not opposed to ADR. At this point, Defendant is not inclined to attempt ADR. The positions of the parties may change over the coming weeks or months. The parties will inform the Court in a timely manner as to any change in either of their respective positions regarding ADR.

The undersigned attests that James R. Seale has agreed to the foregoing and has authorized me to execute this document and electronically file same on his behalf.

Submitted this 31st day of January, 2007.

        ATTORNEY FOR PLAINTIFF VICKIE LYNN

        ___s/James B. Douglas, Jr._____
        James B. Douglas, Jr. (8935-u83-j)
        McNEAL & DOUGLAS, L.L.C.
        1710 Catherine Court, Suite B
        Auburn, Alabama 36830
        (334) 821-1596

        ATTORNEYS FOR DEFENDANT
        CHAMBERS COUNTY BOARD OF EDUCATION

        _____s/James R. Seale_____
        James R. Seale (3617-E-68J)
        Elizabeth Brannen Carter (3272-C-38E)
        HILL, HILL, CARTER, FRANCO, COLE & BLACK, P.C.
        Post Office Box 116
        Montgomery, Alabama 36101-0116
        (334) 834-7600
        (334) 263-5969 – fax
        E-mail: jrs@hillhillcarter.com
        E-mail: ecarter@hillhillcarter.com