IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| VICKIE LYNN,<br><br>    Plaintiff,<br><br>-vs-<br><br>CHAMBERS COUNTY BOARD<br>OF EDUCATION,<br><br>    Defendant. | Case No. 3:06-cv-1108-MEF |

## CHAMBERS COUNTY BOARD OF EDUCATION'S CORPORATE DISCLOSURE STATEMENT

COMES NOW the Defendant, Chambers County Board of Education, and in accordance with the order of this court does hereby make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of Fed.R.Civ.P., 7.1 and this Court's General Order Miscellaneous Case No. 00-3047:

**This party is a governmental entity**.

RESPECTFULLY SUBMITTED this the 20th day of July, 2007.

> CHAMBERS COUNTY BOARD
> OF EDUCATION, Defendant,
>
> By: /S/   James R. Seale
> James R. Seale (3617-E-68J)
> Elizabeth Brannen Carter (3272-C-38E)
> HILL, HILL, CARTER,
>    FRANCO, COLE & BLACK, P.C.
> Post Office Box 116
> Montgomery, Alabama 36101-0116
> 334.834.7600
> 334.263.5969 fax
> E-mail: jrs@hillhillcarter.com
> E-mail: ecarter@hillhillcarter.com
> Counsel for Defendant
> wwm/6630.0174/f:Corporate Disclosure Statement.wpd

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this date electronically filed the foregoing *Chambers County Board of Education's Corporate Disclosure Statement* with the Clerk of the Court for the United States District Court, for the Middle District of Alabama, using the CM/ECF system which will send notification of such filing to: James B. Douglas, Jr., Esquire (jbdjatty@aol.com); this the 20th day of July, 2007.

> /S/   James R. Seale