IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| VICKIE LYNN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 3:06-cv-1108-MEF |
| | ) | |
| CHAMBERS COUNTY BOARD OF | ) | |
| EDUCATION, | ) | |
| | ) | |
| Defendant. | ) | |

# **O R D E R**

The court has been notified by the parties that the dispute in the above-referenced case

has been resolved.  Accordingly, it is hereby

ORDERED that the parties file a joint stipulation of dismissal on or before September

19, 2007.

DONE this the 5th day of September, 2007

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE