IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| VICKIE LYNN, | : |
| Plaintiff, | : |
| -vs- | : Case No. 3:06-cv-1108-MEF |
| CHAMBERS COUNTY BOARD OF EDUCATION, | : |
| Defendant. | : |

## JOINT STIPULATION FOR DISMISSAL

COMES NOW the Defendant, Chambers County Board of Education ("CCBOE"), by and through its counsel of record, and Plaintiff, Vickie Lynn, by and through her of counsel of record, and move this Honorable Court to dismiss all of Plaintiff's claims as a matter of law with prejudice, with each party to bear their own costs.

Respectfully submitted this the 10th day of September 2007.


/S/James R. Seale
James R. Seale (3617-E-68J)
Elizabeth Brannen Carter (3272-C-38-E)
Counsel for Defendant
**HILL, HILL, CARTER, FRANCO
   COLE & BLACK, P.C.**
Post Office Box 116
Montgomery, Alabama  36101-0116
(334) 834-7600 phone
(334) 832-7419 facsimile

/S/ James B. Douglas, Jr.(by permission)
James B. Douglas, Jr. (8935-u-83j)
Counsel for Plaintiff
**MCNEAL & DOUGLAS, LLC**
Suite B, 1710 Catherine Court
Auburn, Alabama 36830
(334) 821-1596
(334) 821-9346 facsimile